PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4836
    Facsimile: (415) 744-0134
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| DANITA EMERY-COTNER, | ) Case No. 2:23-cv-02457-JDP |
| Plaintiff, | ) **STIPULATION AND ~~PROPOSED~~ ORDER TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| v. | |
| MARTIN J. O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Commissioner will remand the case to an Administrative Law Judge for a new hearing and decision. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

|   |   |
|---|---|
| | Respectfully Submitted, |
| DATE: January 9, 2024 | */s/ Francesco Paulo Benavides*\*<br>Francesco Paulo Benavides<br>Attorney for Plaintiff<br>(\*as approved via email) |
| | PHILLIP A. TALBERT<br>United States Attorney |
| DATE: January 9, 2024    By: | */s/ Michael K. Marriott*<br>MICHAEL K. MARRIOTT<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

## ORDER

Pursuant to stipulation, it is so ordered.

IT IS SO ORDERED.

Dated:   January 11, 2024                              _____
                                                                    JEREMY D. PETERSON
                                                                    UNITED STATES MAGISTRATE JUDGE

-2-